530

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. (A) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD LOMBARD. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO LOPEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. FRED SCHMIDT. (D) THE PEOPLE OF THE STATE OF NEW YORK v. PETER SPINELLO. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN MARTIN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. NORBERTO DIAZ. (G) THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL JIMENEZ. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. — [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

JOSEPH B. GAINES v. Estate of CARL S. BRESNICK et al.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. SYLVIA G. GLASSER v. PHILIP GLUCKSTERN.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of VENICE AMUSEMENT CORPORATION. RONI C. KEHOE, as Executrix, Respondent; JOHN J. FITZGERALD et al., Appellant.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH DIAZ.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

NATHAN SCHWARTZ v. GUANTANAMO SUGAR COMPANY.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GENERAL HARRIS.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.